

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2016

No. 04-16-00240-CR

Clarence **WRIGHT,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR0287
Honorable Jefferson Moore, Judge Presiding

# O R D E R

Debra Doolittle's notification of late reporter's record is hereby GRANTED. The reporter's record is due on or before October 24, 2016.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2016.

_____
Keith E. Hottle
Clerk of Court